**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LUIS MURRILLO,**<br><br>***Plaintiff,***<br><br>**vs.**<br><br>**NAVY FEDERAL CREDIT UNION,**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:25-cv-4460** |

**DEFENDANT NAVY FEDERAL CREDIT UNION'S PRETRIAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)(A)**

Defendant, Navy Federal Credit Union (**"**Navy Federal**"**), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(3), hereby submits its pretrial disclosures and states as follows:

## RULE 26(a)(3)(A) DISCLOSURES

## I. Rule 26(a)(3)(A)(i) Disclosure.

### A. Witnesses Expected to be Presented at Trial

Navy Federal designates the following witness:

| | Fact Witness | Anticipated Testimony |
|---|---|---|
| 1. | Chasity Wilson<br>Manager of Credit Bureau Disputes<br>c/o Michael B. Hess<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201 | Navy Federal's dispute investigation process, the reasonableness of Navy Federal's investigation, and information related to Plaintiff's account records |

### B. Witnesses to Be Called if the Need Arises

Navy Federal may offer any and all witnesses listed by Plaintiff Luis Murrillo ("Plaintiff"), any rebuttal and impeachment witnesses to be disclosed by Navy Federal, and any witnesses discovered